**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**JOHN HAMLIN**                                                                           **PLAINTIFF**

**v.**                                   **No. 3:12-cv-00245 KGB**

**PASCHALL TRUCK LINES, INC.**                                               **DEFENDANT**

## ORDER

Jack Finklea has filed a motion to make special appearance pursuant to Local Rule 83.5 (Dkt. No. 9). The motion is granted. Mr. Finklea is hereby admitted to appear before this Court as co-counsel for the defendant in this action.

SO ORDERED this 16th day of November, 2012.

_____
Kristine G. Baker
United States District Judge