IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JOHN HAMLIN**                                                                 **PLAINTIFF**

v.                                    No. 3:12-cv-00245 KGB

**PASCHALL TRUCK LINES, INC.**                                **DEFENDANT**

## ORDER

John-Thomas Young has filed a motion to make special appearance pursuant to Local Rule 83.5 (Dkt. No. 8). The motion is granted. Mr. Young is hereby admitted to appear before this Court as co-counsel for the defendant in this action.

SO ORDERED this 16th day of November, 2012.

*Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge