IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOHN HAMLIN                                                                                       PLAINTIFF

v.                                        No. 3:12-cv-00245 KGB

PASCHALL TRUCK LINES, INC.                                                       DEFENDANT

## ORDER

After review of defendant's motion to dismiss and plaintiff's response thereto, the Court finds that the motion to dismiss (Dkt. No. 6) should be converted to a motion for summary judgment pursuant to Rule 12(d) of the Federal Rules of Civil Procedure. The parties shall have until March 1, 2013 to submit supplemental material that is pertinent to the motion. If a party objects to the conversion, that party may file a response citing authority for the objection by February 11, 2013.

SO ORDERED this 1st day of February, 2013.

*Kristine G. Baker*

_____
Kristine G. Baker
United States District Judge