IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JOHN HAMLIN**                                                                                      **PLAINTIFF**

v.                        No. 3:12CV00245 KGB

**PASCHALL TRUCK LINES, INC.**                                      **DEFENDANT**

## ORDER

Before the Court is plaintiff's motion for voluntary nonsuit (Dkt. No. 25). Defendant has not responded to the motion, and the time for doing so has passed. For good cause shown, plaintiff's motion is granted, and this case is dismissed without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

SO ORDERED this 16th day of April, 2013.

_____
Kristine G. Baker
United States District Judge